UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY BROWN, <br>     Plaintiff, <br> vs. <br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br>     Defendant. | Case No. CV 10-6704 RNB <br><br> **J U D G M E N T** |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: July 18, 2011

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE